UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VENEZUELA US SRL,

     Petitioner,

  v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

     Respondent.

Civil Action No. 22-cv-3822

## AMENDED ORDER AND FINAL JUDGMENT

On June 9, 2025, the Court issued a Memorandum Opinion and Order granting Venezuela US SRL's ("VUS") Petition to Recognize and Enforce a Foreign Arbitral Award against the Bolivarian Republic of Venezuela ("Venezuela"). *See* ECF No. 39.

Accordingly, it is hereby **ORDERED** that VUS's Petition is **GRANTED**. It is thus **ORDERED** that a Final Judgment is hereby **ENTERED** in VUS's favor in the following amounts, as reflected in the Arbitral Award (the "Award"):

- $58,870,898 as compensation. *See* Award at ¶ 36, 107(1).

- $46,624,436 in interest, accrued between May 31, 2011, and November 4, 2022, on the compensation awarded above. *Id.* at ¶ 107(2).

- $27,930,116 in post-award interest, as of June 23, 2025, on the amounts awarded above. *Id.* at ¶ 107(4).

- $3,215,534.99 for the cost of legal representation and assistance incurred. *Id.* at ¶ 107(7).

- $491,772 in post-award interest, as of June 23, 2025, on the costs of legal representation. *Id.* at ¶ 107(7).

- $607,163.35 for the costs of the arbitration, converted from euros to USD using the European Central Bank exchange rate data in effect on the date the Award was rendered. *Id.* at ¶ 107(7).

- $92,857.31 in interest, as of June 23, 2025, on the costs of the arbitration. *Id.* at ¶ 107(7).

**Total:** <u>USD $ 137,832,778 (as of June 23, 2025)</u>

Post-judgment interest shall be determined in accordance with 28. U.S.C. § 1961.

**SO ORDERED.**

_____
THE HONORABLE JIA M. COBB
United States District Judge

Date: August 14, 2025